# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case No.: 19-cv-02170 |
| | *This filing relates to Case No.: 1:20-cv-01954* |
| MESERET ALEMU, Individually and as Special Administrator and Special Representative of the estate of MULUSEW ALEMU, and Liquidator of the Estate of MULUSEW ALEMU, deceased, and with Power of Attorney for Fetlework Alemu, Birhane Alemu, Tsehay Alemu, Beza Alemu, and Aregashe Tesfaye, | |
| Plaintiff, | |
| v. | |
| THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AEROSPACE, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation, | |
| Defendants. | |

## ORDER

On the Motion of Plaintiffs, MESERET ALEMU, Individually and as Special Administrator and Special Representative of the estate of MULUSEW ALEMU, and Liquidator of the Estate of MULUSEW ALEMU, deceased, and with Power of Attorney for Fetlework Alemu, Birhane Alemu, Tsehay Alemu, Beza Alemu, and Aregashe Tesfaye, to Approve Settlement of Claims and Dismiss All Claims, due notice given and the Court advised, the Court finds that:

A. Clifford Law Offices, P.C. and Cotchett Pitre & McCarthy, LLP, and their attorneys are competent to represent the interest of the beneficiaries;
B. The settlement reached by the parties in this case is fair and reasonable, and in the best interest of all parties; and
C. The allocations and distributions as submitted in Exhibit 1 to the Plaintiff's Motion are approved.

THEREFORE, IT IS HEREBY ORDERED:

1. The claims of Plaintiff, MESERET ALEMU, Individually and as Special Administrator and Special Representative of the estate of MULUSEW ALEMU, and Liquidator of the Estate of MULUSEW ALEMU, deceased, and with Power of Attorney for Fetlework Alemu, Birhane Alemu, Tsehay Alemu, Beza Alemu, and Aregashe Tesfaye, originally filed in case number 20-cv-1952 and consolidated with lead case number 19-cv-02170, are hereby dismissed in their entirety with prejudice, with each party to bear its own attorneys' fees and costs. This fully resolves Plaintiff's claims for the death of Decedent;
2. The claims of all other Plaintiffs in this consolidated action proceeding under Case No. 19-cv-02170 are unaffected by this Order.

So Ordered.

Dated: June 28, 2024

_____
Judge Jorge L. Alonso